John L. Taylor, Esq. [117532]
**LAW OFFICES OF JOHN L. TAYLOR**
507 Polk Street, Suite 400
San Francisco, California 94102
Telephone 415.956.0155
Facsimile 415.956.0194

Former Attorney for Plaintiffs
**VALERIE TAYBRON and TRINNA DAVIS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE TAYBRON, TRINNA DAVIS, <br><br>     Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, ET AL., <br><br>     Defendants. | NO. C 99 4660 (MJJ) <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE <br><br> DATE: January 15, 2008 <br> TIME: 2:00 P.M. <br> COURTROOM 11 <br> HONORABLE MARTIN J. JENKINS |

The parties hereby stipulate to vacate the status hearing set before Judge Jenkins for January 15, 2008, in light of the fact that Magistrate James has set a settlement conference on March 25, 2008.

The parties further stipulate that in the event that the matter does not settle at the settlement conference that John Taylor will file his motion for fees within 21 days of the

///
///
///

**STIPULATION AND [PROPOSED] ORDER**
**CONTINUING STATUS CONFERENCE**

-1-

settlement hearing.

Dated: January 10, 2008

LAW OFFICES OF JOHN L. TAYLOR

BY: _____
JOHN E. TAYLOR

Dated: 1·10·08

CITY AND COUNTY OF SAN FRANCISCO

BY: _____
JONATHAN ROLNICK

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the Status Conference currently set for January 25, 2008, is hereby vacated. (** See below)

Dated: 1/11/2008

_____
JUDGE OF THE DISTRICT COURT

**A new Status Conference hearing is scheduled for Tuesday, April 1, 2008 at 2:00 p.m. A Joint Status Conference Statement is due at least 5 days prior to the conference.

STIPULATION AND [PROPOSED] ORDER
CONTINUING STATUS CONFERENCE

-2-