IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE TAYBRON, | No. C 99-4660 JSW (MEJ) |
| Plaintiff, | **ORDER RE: OSC** |
| vs. | **NOTICE OF RECUSAL** |
| SAN FRANCISCO CITY & COUNTY, | **ORDER VACATING FURTHER SETTLEMENT CONFERENCE** |
| Defendant. | |

On March 25, 2008, John Taylor, Plaintiff's counsel in the above-captioned matter, failed to appear for a settlement conference before the undersigned, despite the fact that its sole purpose was to resolve a dispute regarding his request for attorney's fees and costs. Instead, Dennis Vann, an attorney who is not counsel of record in this case, appeared on his behalf. Based on his failure to appear, the Court ordered Mr. Taylor to show cause why sanctions should not be imposed. (Doc. #210.) The Court ordered Mr. Taylor to e-file a response by April 3, 2008, but did not schedule a hearing on the matter. Instead, the Court scheduled a further settlement conference and reserved the issue of sanctions for determination after the further settlement conference.

On April 4, one day past the Court-ordered deadline, Mr. Taylor filed his response, (Doc. #213.), in which he states that he was physically unable to appear, and was physically incapable of requesting to be excused. Given that settlement negotiations are ongoing, the undersigned finds it appropriate to reserve ruling on the issue of sanctions until completion of the mediation process. However, given the pending OSC and the potential for conflict, I find that it is in the best interest of the parties and the process that settlement negotiations continue before another magistrate judge. Accordingly, I hereby RECUSE myself as the settlement judge in this matter. The May 7, 2008 further settlement conference is VACATED.

As to the issue of sanctions, the March 25, 2008 Order to Show Cause remains pending, and it shall remain pending before me until the conclusion of settlement negotiations before the newly-assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: April 10, 2008

MARIA-ELENA JAMES
United States Magistrate Judge