1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  JONATHAN C. ROLNICK, State Bar #151814
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3815
6  Facsimile:     (415) 554-4248

7

   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11

| VALERIE TAYBRON, TRINNA LYNNELLE DAVIS, | Case No. C99-4660 JSW |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

1     IT IS HEREBY STIPULATED by and between the parties,

2     The above-captioned case currently is scheduled for a status conference on July 18, 2008 at 1:30 p.m. On or about June 16, 2008, the parties reached a tentative agreement regarding settlement of all outstanding issues in this case and have now commemorated that agreement in writing.

    The settlement is contingent on the approval of the Board of Directors of the City and County of San Francisco's Municipal Transportation Agency (MTA). The MTA Board's next scheduled meeting is August 5, 2008. The City Attorney's Office anticipates that the MTA Board will consider approval of the settlement at that time and, if approved, payment of the settlement sum will be made shortly thereafter.

    Accordingly, the parties request that the District Court continue the July 18 case management conference for sixty-days and to enter an order doing so.

Dated: July 10, 2008

                               DENNIS J. HERRERA
                               City Attorney
                               ELIZABETH SALVESON
                               Chief Labor Deputy
                               JONATHAN C. ROLNICK
                               Deputy City Attorney


                           By: s:/Jonathan C. Rolnick
                               JONATHAN C. ROLNICK

                               Attorneys for Defendant
                               CITY AND COUNTY OF SAN FRANCISCO


                               LAW OFFICES OF JOHN L. TAYLOR


                           By: s:/John L. Taylor
                               JOHN L. TAYLOR

1

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation between the parties, the July 18, 2008 status conference in the above-captioned action is continued to September  19 , 2008, at 1:30 p.m.  The parties shall submit a joint status conference statement at least seven calendar days before the status conference advising the Court regarding the status of the settlement.

**IT IS SO ORDERED**

Dated:  July 14, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE