DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3815
Facsimile:    (415) 554-4248

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE TAYBRON, TRINNA LYNNELLE DAVIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. C99-4660 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS OF JOHN TAYLOR**<br><br>[FRCP 41(a)(1)] |

STIP & ORDER OF DISMISSAL
CASE NO. C99-4660 JSW

N:\LABOR\LI2002\000894\00508218.DOC

1  **IT IS HEREBY STIPULATED**, by and among the parties through their respective counsel that
2  any and all claims of John L. Taylor, formerly counsel to Plaintiffs Valerie Taybron and Trinna
3  Davis, against the Defendant City and County of San Francisco in the above-captioned action be
4  and hereby are dismissed in their entirety and with prejudice pursuant to Federal Rule of Civil
5  Procedure 41(a)(1). The parties further request that the district court enter an order to that effect
6  and dismiss the case in its entirety.

7  **SO STIPULATED.**

8  Dated: September 15, 2008

_____
JOHN L. TAYLOR

13  Dated: September 15, 2008

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
JONATHAN C. ROLNICK
Deputy City Attorney

By:  s/Jonathan Rolnick
     JONATHAN ROLNICK

Attorneys for Defendant,
CITY AND COUNTY OF SAN FRANCISCO,

///
///
///
///
///
///

## ORDER

**IT IS HEREBY ORDERED THAT** any and all of the claims of John L. Taylor, former counsel to Plaintiffs Valerie Taybron and Trianna Davis, against the Defendants are dismissed in their entirety and with prejudice.

DATED:  September 16, 2008

*Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Court Judge